IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:20-CV-351-RAH-CSC ) |
| DONALD VALENZA, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 9, 2023. (Doc. 41.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 2nd day of March 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE